IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO. 1:06-mc-00009-MMP

OLIVER TRAVIS O'QUINN,

    Defendant.
_____/

### **O R D E R**

    This matter is before the Court on Doc. 8, Motion to Dismiss Criminal Complaint, filed by the United States of America.  In the motion, the Government states that a criminal complaint for Unlawful Flight to Avoid Prosecution was obtained against Defendant O'Quinn.  The Defendant was subsequently arrested, and is currently in custody of the Sheriff of Alachua County, Florida.  Because the complaint has been returned as unexecuted by the United States Marshals Service, the Government states that it is not pursuing the charges in the complaint, and moves to dismiss the complaint.  Under Rule 48(a) of the Federal Rules of Criminal Procedure, the Government may dismiss a complaint with leave of court.  Accordingly, the Court grants the motion, and the complaint presently pending before the Court is hereby dismissed.

    **DONE AND ORDERED** this  *22nd* day of January, 2008

                            *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge